# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 990 MAL 2015 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MUSTAFA T. MOODY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 30th day of March, 2016, the Petition for Allowance of Appeal is

**DENIED**.

   Justice Donohue did not participate in the consideration or decision of this

matter.